UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 03-975 MJD/RLE

| | |
|---|---|
| DONALD R. THOMPSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )  **O R D E R** |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
|     Defendant. | ) |

Based upon the motion of the government, and the entire file herein, for good cause shown, it is hereby

ORDERED that the above entitled case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 20, 2006

                                        s / Michael J. Davis
                                        MICHAEL J. DAVIS
                                        United States District Court Judge